# United States District Court Violation Notice

CVB Location Code: CC35

Violation Number: N 0470618
Officer Name (Print): CENDEJAS
Officer No.: 1062

N 0470618

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/05/2012 1800
Offense Charged: ☒ USC — 18 USC 113

Place of Offense: NAVAL BASE VENTURA COUNTY, 1551 BULL PUP CIR., POINT MUGU CA 93042

Offense Description: ASSAULTS WITHIN MARITIME AND TERRITORIAL JURISDICTION

### DEFENDANT INFORMATION

Last Name: JOHNSON
First Name: [redacted]

Tag No.: N/A | State: N/A | Year: N/A | Make/Model: N/A | Color: N/A

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

X Defendant Signature: [signed]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on DECEMBER 05, 2012 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE REPORT ATTACHED # 12481/403/94 TK

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/05/2012  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge